UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
| v. | : | 08-cr-242(JAG) |
| RICHARD FIELDS | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Melissa L. Jampol, Assistant U.S. Attorney, appearing), and defendant RICHARD FIELDS, by his attorney Ruth Liebesman, Esq., for an order continuing this matter sixty days from January 28, 2010 through and including March 28, 2010, and the defendant being made aware by his attorney that he has the right under Title 18 United States Code, Section 3161(c) to have the matter go to trial within 70 days of the filing date of an indictment or information, and the defendant having consented to the continuance and waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Defendant RICHARD FIELDS and the Office of the United States Attorney for the District of New Jersey are undertaking plea negotiations and may be able to resolve this case;

(2) The completion of a plea agreement will be

beneficial to the preservation of judicial resources;

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 16th day of ~~January~~ February, 2010,

ORDERED that this action be, and hereby is, continued from January 28, 2010 through and including March 28, 2010, and it is further

ORDERED that the period from January 28, 2010 through and including March 28, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. JOSEPH A. GREENAWAY, JR.
United States District Judge

Form and entry consented to:

MELISSA L. JAMPOL
Assistant U.S. Attorney

Ruth Liebesman, Esq.
Counsel for defendant RICHARD FIELDS